zation for divided argument denied. Motion of petitioner Gale Garriott and the Acting Solicitor General for leave to allow the Acting Solicitor General to participate in oral argument as amicus curiae and for divided argument granted, and the time is to be divided as follows: 15 minutes for petitioner Gale Garriott, and 15 minutes for the United States.

**No. 10-74. Javier Rivera Aquino, Secretary, Puerto Rico Department of Agriculture, et al., Petitioners v. Suiza Dairy, Inc., et al.**

562 U.S. 959, 131 S. Ct. 498, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 7945.

October 12, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-6060. John P. Dunbar, Petitioner v. Hawaii.**

562 U.S. 959, 131 S. Ct. 498, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 7977, ▬

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 2, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6105. Paul A. Piper, Petitioner v. United States.**

562 U.S. 959, 131 S. Ct. 498, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 8003.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 2, 2010, within which to pay the dock-

eting fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 374 Fed. Appx. 957.

**No. 09-1227. Carol Anne Bond, Petitioner v. United States.**

562 U.S. 960, 131 S. Ct. 455, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 7989.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 581 F.3d 128.

**No. 09-1454. Bob Camreta, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, and K. G., a Minor.**

**No. 09-1478. James Alford, Deputy Sheriff, Deschutes County, Oregon, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, et al.**

562 U.S. 960, 131 S. Ct. 456, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 8024.

October 12, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 588 F.3d 1011.

**No. 09-1476. Borough of Duryea, Pennsylvania, et al., Petitioners v. Charles J. Guarnieri.**

562 U.S. 960, 131 S. Ct. 456, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 8075.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.